IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRENTWOOD POINTE II        )
             )
v.             )     NO. 3:05-0820
             )     JUDGE CAMPBELL
COMMUNITY ASSOCIATION     )
UNDERWRITERS OF AMERICA,    )
INC. – WESTPORT        )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 14). For the reasons set forth herein, the Motion (Docket No. 14) is DENIED.

The case remains set for trial on October 24, 2006 at 9:00 a.m. and pretrial conference on October 16, 2006 at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE